UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-02558-FMO-PD Date: November 20, 2026

Title *Jacob Van Riper v. Riverside Police et al.*

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why Case Should Not Be Dismissed**

On May 13, 2026, Jacob Van Riper ("Plaintiff"), a California resident proceeding pro se, filed a complaint under 42 U.S.C. § 1983 against Defendants Riverside Police, Riverside County District Attorney's Office, and the Banning Sheriff's Department for violations of his civil rights. Dkt. No. 1 at 1.[1] Plaintiff seeks monetary damages. Dkt. No. 1-1 at 1.

On May 15, 2026, the Court issued a Notice of Resources for Pro Se Litigants. Dkt. No. 5.

On July 2, 2026, the Court issued a screening order dismissing the complaint with leave to amend for failure to comply with Federal Rule of Civil Procedure 8, failure to state claims under 42 U.S.C. § 1983, and failure to state a deliberate indifference to medical care claim under the Eighth Amendment. Dkt. No. 9 at 2-4. The Order granted Plaintiff leave to file a First Amended Complaint by July 27, 2026. *Id.* at 4.

On August 3, 2026, Plaintiff filed a motion for an extension of time to file documents due to his mental capacity and need for accommodations. Dkt.

[1] The Court uses the page numbers inserted on the pleadings by the electronic docketing system.

No. 10 at 1. On September 2, 2026, the Court issued an order granting Plaintiff an extension of time to file a First Amended Complaint up to and including September 23, 2026. Dkt. No. 14 at 1.

On October 1, 2026, Plaintiff filed a motion for an extension of time to file a First Amended Complaint. Dkt No. 15 at 1.

On October 7, 2026, the Court issued an order granting Plaintiff an extension of time to a file a First Amended Complaint up to and including October 30, 2026. Dkt No. 16 at 1.

The extended deadline for filing Plaintiff's First Amended Complaint has passed, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since October 1, 2026. Dkt. No. 15.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's October 7, 2026 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before December 15, 2026**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's October 7, 2026 Order; or
(2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02558-FMO-PD Date: November 20, 2026

Title *Jacob Van Riper v. Riverside Police et al.*

Rule 41(a)(1)(A). The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of the case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED**.

Attachment: Notice of Dismissal, Form CV-09